FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2019 APR 17  PM 12:01

CLERK - LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 19-1155 JP |
| vs. | ) | 18 U.S.C. §§ 1153 and 113(a)(7): |
| | ) | Assault Resulting in Substantial Bodily |
| **DARREN BENALLY**, | ) | Injury to an Intimate Partner. |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about August 15, 2017, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **DARREN BENALLY**, an Indian, assaulted Jane Doe, an intimate partner and dating partner, and the assault resulted in substantial bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(7).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
04/10/19  12:23PM